MARCH 17, 1980

No. 79–923. STEIN, SECRETARY OF THE BUSINESS AND TRANSPORTATION AGENCY OF CALIFORNIA v. CONFERENCE OF FEDERAL SAVINGS AND LOAN ASSOCIATIONS ET AL. Appeal from C. A. 9th Cir. Motions of NAACP Legal Defense & Educational Fund, Inc., and American Savings & Loan League for leave to file briefs as *amici curiae* granted. Judgment affirmed.

No. 79–996. CARGILL, ADMINISTRATOR, ET AL. v. CITY OF ROCHESTER, NEW HAMPSHIRE. Appeal from Sup. Ct. N. H. dismissed for want of jurisdiction.

No. 79–6075. CONRAD v. GREENE, U. S. DISTRICT JUDGE, ET AL. Appeal from D. C. D. C. dismissed for want of jurisdiction.

No. 79–1102. PICKERING v. COUNTY OF ERIE, NEW YORK. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–1132. MOUNTAIN STATES TELEPHONE & TELEGRAPH CO. v. COMMISSIONER OF LABOR AND INDUSTRY OF MONTANA. Appeal from Sup. Ct. Mont. dismissed for want of substantial federal question.

No. 79–1158. RICCO v. OHIO. Appeal from Ct. App. Ohio, Cuyahoga County, dismissed for want of substantial federal question.